writ of habeas corpus upon the ground that the cause is moot. *Doris H. Maier,* Deputy Attorney General of California, argued the cause for petitioners. With her on the brief were *Edmund G. Brown,* Attorney General, and *Clarence A. Linn,* Assistant Attorney General. *Allan L. Sapiro* argued the cause and filed a brief for respondent.

No. 759. BROTHERHOOD OF LOCOMOTIVE FIREMEN AND ENGINEMEN ET AL. *v.* UNITED STATES.

*Per Curiam:* The petition for writ of certiorari is granted. The orders of the District Court are vacated and the case is remanded to that court with directions to dismiss the complaint upon the ground that the cause is moot. *Clifford D. O'Brien, Ruth Weyand, Harold C. Heiss, Charles W. Phillips* and *V. C. Shuttleworth* for petitioners. *Solicitor General Perlman* for the United States.

No. 788. EIGHT O'CLOCK CLUB ET AL. *v.* BUDER ET AL. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for the want of a substantial federal question. *John C. Howard* for appellants. *Frank G. Millard,* Attorney General of Michigan, *Edmund E. Shepherd,* Solicitor General, and *Daniel J. O'Hara,* Assistant Attorney General, for appellees.

No. 790. ROSS ET AL. *v.* HARRIS, POSTMASTER, ET AL.

*Per Curiam:* The motion to affirm is granted and the judgment is affirmed. *Harold Judson* for appellants. *Solicitor General Perlman* for the United States.